# United States Bankruptcy Court
## District of Minnesota

In re  **Jamie Anne Stempfley** _____   Case No. _____
                              Debtor(s)                Chapter  **7**

## STATEMENT UNDER PENALTY OF PERJURY RE:
## PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

[✓] **Debtor 1** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 1** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

   [ ] Debtor 1 was not employed during the 60 days preceding the filing of the petition;

   [ ] Debtor 1 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

   [ ] Debtor 1 was self-employed during the 60 days preceding the filing of the petition;

   [ ] Debtor 1 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

   [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Debtor 1: _____   Date: **04/12/2023**

*****************************************************************

[ ] **Debtor 2** has attached to this statement copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer.

[ ] **Debtor 2** has not filed copies of payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

   [ ] Debtor 2 was not employed during the 60 days preceding the filing of the petition;

   [ ] Debtor 2 was employed for only a portion of the 60 days preceding the filing of the petition. Please specify period during which debtor was unemployed;

   [ ] Debtor 2 was self-employed during the 60 days preceding the filing of the petition;

   [ ] Debtor 2 received only unemployment, veteran's benefits, social security, disability or other retirement income during the 60 days preceding the filing of the petition; or

   [ ] Other (please explain):

I declare under penalty of perjury that I have read this Statement and it is true to the best of my knowledge, information and belief.

Signature of Joint Debtor 2: _____   Date: _____

***IMPORTANT NOTE:** Please make sure all **SOCIAL SECURITY** numbers, routing numbers and **account**



| Employee Name: | Jamie Stempfley | Pay Date: | 3/24/2023 |
| Employee #: | 650114 | Pay Period: | 3/5/2023 - 3/18/2023 |
| Employee Address: | | Deposit Advice #: | 595943076 |
| | | Pay Frequency: | Bi-Weekly |
| | | Pay Rate: | 17.8000 |
| Department: | Direct Support | Federal Filing Status: | HoH |
| Job Title: | Direct Support _ Clinical Professional _ 2910 | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | HoH (MN) |
| | | State Exemptions: | 0 (MN) |

**Employer Name:** Northway Academy, Inc.
**Employer Phone:** 800-388-5150
**Employer Address:** 6600 France Ave S Suite 500 Edina, MN 55435

|  | Current 3/5/2023 - 3/18/2023 | | | YTD As of 3/18/2023 | |
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 40.7500 | | $725.35 | 365.6329 | $6,512.42 |
| Regular Hourly | 40.7500 | 17.8000 | $725.35 | 336.1162 | $5,982.87 |
| OT Regular | | | | 0.4667 | $12.46 |
| Holiday | | | | 23.9500 | $426.31 |
| Training | | | | 0.8500 | $15.13 |
| PTO | | | | 4.2500 | $75.65 |
| **Taxes** | | | $85.60 | | $632.22 |
| Soc Sec EE | | | $44.97 | | $403.77 |
| Medicare EE | | | $10.52 | | $94.43 |
| MN W/H | | | $30.11 | | $134.02 |
|  | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $639.75 | | $5,880.20 |
| Direct Deposit | | XXXXXXXX6700 | $639.75 | | |

| Other Payroll Information | |
| --- | --- |
| Total Worked Hours | 40.7500 |

| Accruals & Balances | | | |
| --- | --- | --- | --- |
| PTO Balance: | -36.77 Hours | PTO Accrued: | 0.78 Hours |
| Vacation Balance: | 0.00 Hours | | |
| Sick Balance: | 0.00 Hours | | |
| Personal Float Balance: | 0.00 Hours | | |
| Sick Hold Balance: | 0.00 Hours | | |
| Vacation Hold Balance: | 0.00 Hours | | |
| PTO Hold Balance: | 0.00 Hours | | |

CERIDIAN



| | | |
|---|---|---|
| **Employer Name:** | Northway Academy, Inc. | |
| **Employer Phone:** | 800-388-5150 | |
| **Employer Address:** | 6600 France Ave S<br>Suite 500<br>Edina, MN 55435 | |

| | | | | |
|---|---|---|---|---|
| **Employee Name:** | Jamie Stempfley | | **Pay Date:** | 3/24/2023 |
| **Employee #:** | 650114 | | **Pay Period:** | 3/5/2023 - 3/18/2023 |
| **Employee Address:** | | | **Deposit Advice #:** | 595943076 |
| | | | **Pay Frequency:** | Bi-Weekly |
| | | | **Pay Rate:** | 17.8000 |
| **Department:** | Direct Support | | **Federal Filing Status:** | HoH |
| **Job Title:** | Direct Support _ Clinical Professional _ 2910 | | **Federal 2c/Extra Withholding:** | No/$0.00 |
| | | | **State Filing Status:** | HoH (MN) |
| | | | **State Exemptions:** | 0 (MN) |

### Accruals & Balances

### Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular Hourly | 3/5/2023 | 3/11/2023 | 12.8000 | 17.8000 | $227.84 |
| Regular Hourly | 3/12/2023 | 3/18/2023 | 27.9500 | 17.8000 | $497.51 |
| Total Hours Paid | | | 40.7500 | | |

CERIDIAN

Page 2 of 2

Mentor Management Inc - #590453542 · 3/10/2023 ·
Management Inc - Normal

Explanation  Summary  **Statement**

## Sevita

| Employer Name: | Northway Academy, Inc. |
| Employer Phone: | 800-388-5150 |
| Employer Address: | 6600 France Ave S Suite 500 Edina, MN 55435 |

| Employee Name: | Jamie Stempfley | Pay Date: | 3/10/2023 |
| Employee #: | 650114 | Pay Period: | 2/19/2023 - 3/4/2023 |
| Employee Address: | | Deposit Advice #: | 590453542 |
| | | Pay Frequency: | Bi-Weekly |
| Department: | Direct Support | Pay Rate: | 17.8000 |
| Job Title: | Direct Support _ Clinical Professional _ 2910 | Federal Filing Status: | HoH |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | HoH (MN) |
| | | State Exemptions: | 0 (MN) |

| | Current 2/19/2023 - 3/4/2023 | | | YTD As of 3/4/2023 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 56.2330 | | $1,000.95 | 324.8829 | $5,787.07 |
| Regular Hourly | 55.3830 | 17.8000 | $985.82 | 295.3662 | $5,257.52 |
| OT Regular | | | | 0.4667 | $12.46 |
| Holiday | | | | 23.9500 | $426.31 |
| Training | 0.8500 | 17.8000 | $15.13 | 0.8500 | $15.13 |
| PTO | | | | 4.2500 | $75.65 |
| **Taxes** | | | $121.43 | | $546.62 |
| Soc Sec EE | | | $62.06 | | $358.80 |
| Medicare EE | | | $14.51 | | $83.91 |
| MN W/H | | | $44.86 | | $103.91 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $879.52 | | $5,240.45 |
| Direct Deposit | | | $879.52 | | |

| Other Payroll Information | |
|---|---|
| Total Worked Hours | 56.2330 |

| Accruals & Balances | | | |
|---|---|---|---|
| PTO Hold Balance: | 0.00 Hours | | |
| PTO Balance: | -37.56 Hours | PTO Accrued: | 1.07 Hours |
| Vacation Balance: | 0.00 Hours | | |
| Sick Balance: | 0.00 Hours | | |
| Sick Hold Balance: | 0.00 Hours | | |
| Vacation Hold Balance: | 0.00 Hours | | |
| Personal Float Balance: | 0.00 Hours | | |

Page 1 of 2

**CERIDIAN**

## Sevita

| Employer Name: | Northway Academy, Inc. |
| Employer Phone: | 800-388-5150 |
| Employer Address: | 6600 France Ave S Suite 500 Edina, MN 55435 |

| Employee Name: | Jamie Stempfley | Pay Date: | 3/10/2023 |
| Employee #: | 650114 | Pay Period: | 2/19/2023 - 3/4/2023 |
| Employee Address: | | Deposit Advice #: | 590453542 |
| | | Pay Frequency: | Bi-Weekly |
| Department: | Direct Support | Pay Rate: | 17.8000 |
| Job Title: | Direct Support _ Clinical Professional _ 2910 | Federal Filing Status: | HoH |
| | | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | HoH (MN) |
| | | State Exemptions: | 0 (MN) |

| Accruals & Balances | | | | | |
|---|---|---|---|---|---|

| Supplemental Earnings Statement | | | | | |
|---|---|---|---|---|---|
| **Earnings** | Begin Date | End Date | Hours/Units | Rate | Amount |
| Regular Hourly | 2/19/2023 | 2/25/2023 | 22.5000 | 17.8000 | $400.50 |
| Regular Hourly | 2/26/2023 | 3/4/2023 | 32.8830 | 17.8000 | $585.32 |
| Training | 2/19/2023 | 2/25/2023 | 0.8500 | 17.8000 | $15.13 |
| **Total Hours Paid** | | | 56.2330 | | |



| Employee Name: | Jamie Stempfley | Pay Date: | 2/24/2023 |
| Employee #: | 650114 | Pay Period: | 2/5/2023 - 2/18/2023 |
| Employee Address: | | Deposit Advice #: | 585432190 |
| | | Pay Frequency: | Bi-Weekly |
| | | Pay Rate: | 17.8000 |
| Department: | Direct Support | Federal Filing Status: | HoH |
| Job Title: | Direct Support _ Clinical Professional _ 2910 | Federal 2c/Extra Withholding: | No/$0.00 |
| | | State Filing Status: | HoH (MN) |
| | | State Exemptions: | 0 (MN) |

**Employer Name:** Northway Academy, Inc.
**Employer Phone:** 800-388-5150
**Employer Address:** 6600 France Ave S Suite 500 Edina, MN 55435

|  | Current 2/5/2023 - 2/18/2023 ||| YTD As of 2/18/2023 ||
| --- | --- | --- | --- | --- | --- |
|  | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 71.1332 |  | $1,266.17 | 268.6499 | $4,786.12 |
| Regular Hourly | 66.8832 | 17.8000 | $1,190.52 | 239.9832 | $4,271.70 |
| OT Regular |  |  |  | 0.4667 | $12.46 |
| Holiday |  |  |  | 23.9500 | $426.31 |
| PTO | 4.2500 | 17.8000 | $75.65 | 4.2500 | $75.65 |
| **Taxes** |  |  | $155.91 |  | $425.19 |
| Soc Sec EE |  |  | $78.50 |  | $296.74 |
| Medicare EE |  |  | $18.36 |  | $69.40 |
| MN W/H |  |  | $59.05 |  | $59.05 |
|  | Routing # | Account # | Amount |  | Amount |
| **Net Pay** |  |  | $1,110.26 |  | $4,360.93 |
| Direct Deposit |  |  | $1,110.26 |  |  |

| Other Payroll Information ||
| --- | --- |
| Total Worked Hours | 66.8832 |

| Accruals & Balances |||||
| --- | --- | --- | --- | --- |
| PTO Balance: | -38.62 Hours | PTO Accrued: 1.37 Hours | PTO Taken: | 4.25 Hours |
| Vacation Balance: | 0.00 Hours |  |  |  |
| Sick Balance: | 0.00 Hours |  |  |  |
| Personal Float Balance: | 0.00 Hours |  |  |  |
| Sick Hold Balance: | 0.00 Hours |  |  |  |
| Vacation Hold Balance: | 0.00 Hours |  |  |  |
| PTO Hold Balance: | 0.00 Hours |  |  |  |

CERIDIAN

Page 1 of 2

# Sevita

| | |
|---|---|
| **Employer Name:** | Northway Academy, Inc. |
| **Employer Phone:** | 800-388-5150 |
| **Employer Address:** | 6600 France Ave S<br>Suite 500<br>Edina, MN 55435 |

| | |
|---|---|
| **Employee Name:** | Jamie Stempfley |
| **Employee #:** | 650114 |
| **Employee Address:** | |
| **Department:** | Direct Support |
| **Job Title:** | Direct Support _ Clinical Professional _ 2910 |

| | |
|---|---|
| **Pay Date:** | 2/24/2023 |
| **Pay Period:** | 2/5/2023 - 2/18/2023 |
| **Deposit Advice #:** | 585432190 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 17.8000 |
| **Federal Filing Status:** | HoH |
| **Federal 2c/Extra Withholding:** | No/$0.00 |
| **State Filing Status:** | HoH (MN) |
| **State Exemptions:** | 0 (MN) |

## Accruals & Balances

## Supplemental Earnings Statement

| Earnings | Begin Date | End Date | Hours/Units | Rate | Amount |
|---|---|---|---|---|---|
| Regular Hourly | 2/5/2023 | 2/11/2023 | 36.1822 | 17.8000 | $644.04 |
| Regular Hourly | 2/12/2023 | 2/18/2023 | 30.7010 | 17.8000 | $546.48 |
| PTO | 2/5/2023 | 2/11/2023 | 4.2500 | 17.8000 | $75.65 |
| **Total Hours Paid** | | | 71.1332 | | |

CERIDIAN

Page 2 of 2