Certificate Number: 05781-MN-DE-037367823

Bankruptcy Case Number: 23-60129



05781-MN-DE-037367823

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 22, 2023, at 9:39 o'clock AM PDT, Jamie Stempfley completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Minnesota.

Date: April 22, 2023

By: /s/Allison M Geving

Name: Allison M Geving

Title: President