**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 23−60129 − MER
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jamie Anne Stempfley

c/o Life Back Law Firm, P.A
13 7th Ave S
Saint Cloud, MN 56301

Social security/Taxpayer ID/Employer
ID/Other Nos.: xxx−xx−5638

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 8/17/23 , or, for governmental units, within 180 days from the date of the Order for Relief or 8/17/23 , whichever is later. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 5/15/23

Tricia Pepin
Clerk, U.S. Bankruptcy Court
404 Gerald W. Heaney Federal Building and
United States Courthouse and Customhouse
515 West First Street
Duluth, MN 55802

BY: admin
Deputy Clerk

mnbflclm 10/14

United States Bankruptcy Court

District of Minnesota

In re:  
Jamie Anne Stempfley  
    Debtor

Case No. 23-60129-MER  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0864-6     User: admin     Page 1 of 2  
Date Rcvd: May 15, 2023     Form ID: mnbflclm     Total Noticed: 12

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie Anne Stempfley, c/o Life Back Law Firm, P.A, 13 7th Ave S, Saint Cloud, MN 56301-4259 |
| 62958210 | + | Faith Riverstone, 9001 Stanlen Rd, St. Louis Park MN 55426-2349 |
| 62958213 | | Monarch Investment, 2195 CO-83, Franktown CO 80116 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 62958205 | | Email/Text: Bankruptcy@absoluteresolutions.com | May 15 2023 21:09:00 | Absolute Resolutions, Attn: Bankruptcy, 8000 Norman Center Dr #350, Bloomington MN 55437 |
| 62958206 | + | Email/Text: bk@amerinatls.com | May 15 2023 21:10:00 | Amerinatnl, 8121 E Florence Ave, Downey CA 90240-3913 |
| 62958207 | + | EDI: CITICORP.COM | May 16 2023 01:07:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis MO 63179-0040 |
| 62958208 | + | Email/Text: ebnnotifications@creditacceptance.com | May 15 2023 21:09:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield MI 48034-8331 |
| 62958209 | + | Email/Text: electronicbkydocs@nelnet.net | May 15 2023 21:10:00 | Dept of Ed/Nelnet, Attn: Bankruptcy Claims/Nelnet, Po Box 82505, Lincoln NE 68501-2505 |
| 62958211 | + | Email/Text: bankruptcy@fncbinc.com | May 15 2023 21:09:00 | FNCB Inc, PO Box 51660, Sparks NV 89435-1660 |
| 62958212 | + | Email/Text: bankruptcy@huntington.com | May 15 2023 21:10:00 | Huntington Bank, Attn: Bankruptcy, Po Box 89424, Cleveland OH 44101-6424 |
| 62958214 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 15 2023 21:11:24 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville SC 29603-0497 |
| 62958215 | + | EDI: WTRRNBANK.COM | May 16 2023 01:07:00 | Target Nb, C/O Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis MN 55440-9475 |

TOTAL: 9

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

| | | |
|---|---|---|
| District/off: 0864-6 | User: admin | Page 2 of 2 |
| Date Rcvd: May 15, 2023 | Form ID: mnbflclm | Total Noticed: 12 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2023      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2023 at the address(es) listed below:

**Name**  **Email Address**

J. Richard Stermer
  on behalf of Trustee J. Richard Stermer rstermer@stermerlaw.com  mn21@ecfcbis.com

J. Richard Stermer
  rstermer@stermerlaw.com  mn21@ecfcbis.com

Jesse A. Horoshak
  on behalf of Debtor 1 Jamie Anne Stempfley jesse@lifebacklaw.com HoroshakJR72722@notify.bestcase.com;tim@lifebacklaw.com;jesse@lifebacklaw.com

US Trustee
  ustpregion12.mn.ecf@usdoj.gov

TOTAL: 4