## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:                                                               Chapter 7

Jamie Anne Stempfley,                      BKY No. 23-60129 - MER

                                 Debtor.

---

### STIPULATION TO EXTEND DEADLINES

---

Debtor, Jamie Anne Stempfley, filed this pending Chapter 7 bankruptcy case on April 12, 2023. J. Richard Stermer was appointed as the Chapter 7 Trustee in this case.

The meeting of creditors in this case was held on May 10, 2023, by telephone conference. Based on information obtained at the meeting of creditors in this case, the Trustee needs additional time to investigate the financial affairs of the debtor.

WHEREFORE, the Debtor and the Trustee hereby stipulate and agree as follows:

That the bankruptcy court may enter an Order, without further notice and without a hearing, extending the deadline by an additional 60 days to 09/11/2023 to object to debtor's claims of exemption and to object to discharge in this case.

Dated: 5-31-2023                                  Dated: 5-30-23

_____           _____
Jamie Anne Stempfley, Debtor                      J. Richard Stermer
                                                                  Bankruptcy Trustee

_____
Jesse A. Horoshak
Attorney for Debtor

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | Chapter 7 |
| Jamie Anne Stempfley, | BKY No. 23-60129 - MER |
| Debtor. | |

## **O R D E R**

The above-captioned matter came before the Court upon the Stipulation by the debtor and the trustee stipulating to a Court Order extending the deadlines to object to the debtor's exemptions and to file a proceeding objecting to the discharge of debtor or to determine dischargability of certain debts.

Based upon the Stipulation the deadline to object to exemptions and the deadline to file a complaint objecting to discharge of the debtor or to determine dischargability of certain debts is extended to September 11, 2023.

Dated: _____

_____
Michael E. Ridgway
United States Bankruptcy Judge