# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:                                                             Chapter 7

Jamie Anne Stempfley,                            BKY No. 23-60129 - MER

                      Debtor.

## O R D E R

      The above-captioned matter came before the Court upon the Stipulation by the debtor and the trustee stipulating to a Court Order extending the deadlines to object to the debtor's exemptions and to file a proceeding objecting to the discharge of debtor or to determine dischargability of certain debts.

      Based upon the Stipulation the deadline to object to exemptions and the deadline to file a complaint objecting to discharge of the debtor or to determine dischargability of certain debts is extended to September 11, 2023.

Dated:  *June 21, 2023*

                                                               */e/ Michael E. Ridgway*
                                                               Michael E. Ridgway
                                                               United States Bankruptcy Judge