UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                                                                                  Chapter 7

JAMIE ANNE STEMPFLEY,                                                                    BKY No. 23-60129 - MER

　　　　　Debtor.

_____

**ORDER**
_____

　　　The trustee's application to approve the employment of Stermer & Sellner, Chartered, as the trustee's attorneys came before the court. Based on the application, the recommendation of the United States Trustee and 11 United States Code § 327,

　　　IT IS ORDERED: The employment is approved.

Dated: *June 20, 2023*

　　　　　　　　　　　　　　　　　　　　 */e/ Michael E. Ridgway*
　　　　　　　　　　　　　　　　　　　　Michael E. Ridgway
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court Judge

United States Bankruptcy Court

District of Minnesota

In re: Case No. 23-60129-MER
Jamie Anne Stempfley Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0864-6 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 20, 2023 | Form ID: pdf111 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jamie Anne Stempfley, c/o Life Back Law Firm, P.A, 13 7th Ave S, Saint Cloud, MN 56301-4259 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| J. Richard Stermer | on behalf of Trustee J. Richard Stermer rstermer@stermerlaw.com mn21@ecfcbis.com |
| J. Richard Stermer | rstermer@stermerlaw.com mn21@ecfcbis.com |
| Jesse A. Horoshak | on behalf of Debtor 1 Jamie Anne Stempfley jesse@lifebacklaw.com HoroshakJR72722@notify.bestcase.com;tim@lifebacklaw.com;jesse@lifebacklaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4