UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:                                                         Chapter 7

Jamie Anne Stempfley,                                          BKY No. 23-60129 - MER

　　　　　Debtor.

**O R D E R**

　　　The above-captioned matter came before the Court upon the Stipulation by the debtor and the trustee stipulating to a Court Order extending the deadlines to object to the debtor's exemptions and to file a proceeding objecting to the discharge of debtor or to determine dischargability of certain debts.

　　　Based upon the Stipulation the deadline to object to exemptions and the deadline to file a complaint objecting to discharge of the debtor or to determine dischargability of certain debts is extended to September 11, 2023.

Dated:  *June 21, 2023*

　　　　　　　　　　　　　　　　　　　　　*/e/ Michael E. Ridgway*
　　　　　　　　　　　　　　　　　　　　Michael E. Ridgway
　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

United States Bankruptcy Court

District of Minnesota

In re:  Case No. 23-60129-MER
Jamie Anne Stempfley  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0864-6      User: admin      Page 1 of 1
Date Rcvd: Jun 21, 2023      Form ID: pdf111      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jamie Anne Stempfley, c/o Life Back Law Firm, P.A, 13 7th Ave S, Saint Cloud, MN 56301-4259 |
| aty | + | Stermer & Sellner, Chartered, 102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265-0514 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Richard Stermer | on behalf of Trustee J. Richard Stermer rstermer@stermerlaw.com mn21@ecfcbis.com |
| J. Richard Stermer | rstermer@stermerlaw.com mn21@ecfcbis.com |
| Jesse A. Horoshak | on behalf of Debtor 1 Jamie Anne Stempfley jesse@lifebacklaw.com HoroshakJR72722@notify.bestcase.com;tim@lifebacklaw.com;jesse@lifebacklaw.com |
| US Trustee | ustpregion12.mn.ecf@usdoj.gov |

TOTAL: 4