RECEIVED
JUL 19 2023
TIME: 2:30 pm
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                  Chapter 7

JAMIE ANNE STEMPFLEY,            Bankruptcy Number: 23-60129 – MER
                       Debtor.

## CREDITOR, FAITH RIVERSTONE'S, REQUEST FOR ADA ACCOMMODATIONS

I have personal knowledge of the following facts, except to where I specifically state that I am informed and believe to be true, and if called to testify, can and will competently testify thereto:

1. My name is, Faith Riverstone, and I am a Creditor in this Bankruptcy, and the mother of the Debtor.

2. I am also a disabled adult pursuant to every means test (Federal, State, and County).

3. Although I used to be able to work in law firms, and quickly and readily draft documents, my disability greatly affects and impairs the time it takes to prepare for matters, and especially to draft documents (i.e. to type my points clearly and concisely, to meet and/or come close enough to legal standards to be passable).

4. As such, I require a reasonable ADA Accommodation from the Court for longer time to prepare, and to draft and file documents.

5. I believe my best efforts to draft these documents clearly show the effects of my disability, and why the Federal, State, and County authorities all found me no longer able to work at my career in law firms.

6. As such, I kindly and respectfully request and/or move this honorable Court to grant my reasonable ADA Accommodations in the calendaring and scheduling of this Bankruptcy Case, especially if it becomes an Adversarial Proceeding.

**BANKRUPTCY NUMBER 23-60129-MER**
Creditor's Request for ADA Accommodation

7. If possible, I am also kindly and respectfully requesting that my need for a reasonable ADA Accommodation is also taken into consideration as a good cause reason to stay and/or continue pre-litigation activities to allow Parties to devote their attentions to settlement.

8. Again, should settlement efforts fail, then Parties can move this honorable Court to resume pre-litigation discovery.

9. My deepest apologies if this is not the proper way to request these things. I have been working in earnest to fulfill my end of the Settlement Agreement, and I have been waiting in good faith for the Trustee to provide me the Settlement Agreement and had assumed that my involvement in this matter would be over by now. As such, I have not had the time to properly research Bankruptcy Procedure. While that is no excuse for an improper document, this was the best I could do in the time allotted.

10. If I need to file these requests differently, please accept my most humble apologies and please let me know and I will do so just as quickly as I can draft it.

I declare under penalty of perjury that everything I have stated herein is true and correct, per Minnesota. Statute. § 358.116.

Signed: _____, Dated: July 18, 2023, in Hennepin County, in the State of Minnesota.
Faith Riverstone
9001 Stanlen Road
St. Louis Park, MN 55426
Email: faithriverstone@yahoo.com
Phone: 952-412-6657