# J. Richard Stermer, Bankruptcy Trustee

102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265

Phone: (320) 269-6491  Fax: (320) 269-5433

| rstermer@stermerlaw.com | jeggers@stermerlaw.com | klynne@stermerlaw.com |

July 24, 2023

Heidi Jackson,
Calendar Clerk to Judge Michael E. Ridgway
U.S. Bankruptcy Court
Minneapolis, MN

Re:  Jamie Anne Stempfley
     Chapter 7 Bankruptcy # 23-60129-MER
     *Request for Continuance of Motion Hearings*

Dear Ms. Jackson:

The Trustee has filed a Motion for 2004 Examinations in this case (Docket #15). Faith Riverstone has filed a Response to the Trustee's 2004 Motion (Docket #21), and has filed a Motion to Extend Timelines (Docket #20).

I have spoken with the debtor's attorney and with Faith Riverstone regarding the pending Motions. The debtor - Jamie Stempfley, Faith Riverstone, and the Trustee have agreed to seek a continuance of the hearing for a period of 90 days in order for the parties to attempt to reach a settlement of the issues herein.

Accordingly, we hereby request that the telephonic hearing scheduled for July 26, 2023 at 9:00 a.m. be continued for a period of at least 90 days, while the parties attempt to reach a settlement in this case.

Please do not hesitate to give me a call at (320) 269-6491 with any questions or concerns regarding this request. Thank you.

Sincerely,
STERMER & SELLNER, CHARTERED

J. Richard Stermer
Bankruptcy Trustee

JRS:je
cc:  Jesse Horoshak
cc:  Faith Riverstone
     9001 Stanlen Rd.
     St. Louis Park, MN 55426