UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                Chapter 7

JAMIE ANNE STEMPFLEY,                                      BKY No. 23-60129

                            Debtor.

_____

**NOTICE OF CONTINUED HEARING FOR TRUSTEE'S
MOTION FOR 2004 EXAMINATION and FAITH RIVERSTONE'S
MOTION TO EXTEND TIMELINES**

_____

        PLEASE TAKE NOTICE THAT  the Motion by Trustee for an Order Authorizing 2004 Examinations, originally scheduled for July 26, 2023 at 9:00 a.m. (Docket #15), and Faith Riverstone's Motion to Extend Timelines scheduled for July 27, 2023, at 10:30 a.m. (Docket #20), have both been continued to **November 1, 2023 at 9:00 a.m.** before the Honorable Michael E. Ridgway, U.S. Bankruptcy Court Judge, 204 Edward J. Devitt United States Courthouse and Federal Building, 118 South Mill Street, Fergus Falls, MN 56537, or as soon thereafter as counsel may be heard.

        Any response to these Motions must be filed and served by delivery not later than Wednesday October 25, 2023, which is seven days before the time set for the hearing (including Saturdays, Sundays and holidays).

        UNLESS A RESPONSE OPPOSING THE MOTION(S) IS TIMELY FILED, THE COURT MAY GRANT THE MOTION(S) WITHOUT A HEARING.


Dated: 7/25/2023                          /s/ J. Richard Stermer_____
                                          J. Richard Stermer      #216811
                                          STERMER & SELLNER, CHTD.
                                          P.O. Box 514
                                          Montevideo, MN 56265
                                          Telephone: (320) 269-6491