UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                                Chapter 7

JAMIE ANNE STEMPFLEY,                                BKY No. 23-60129
                Debtor.

_____

## UNSWORN CERTIFICATE OF SERVICE

I, Jacquelyn K. Eggers, an employee of Stermer & Sellner, Chtd., with office address of 102 Parkway Drive, P.O. Box 514, Montevideo, MN 56265, declare that on July 25, 2023, the attached NOTICE OF CONTINUED HEARING(S) was served by email through CM/ECF through parties of record to receive such service, and on each party listed below by first class United States Mail:

Faith Riverstone
9001 Stanlen Rd
St. Louis Park, MN 55426

also email: faithriverstone@yahoo.com


I declare, under penalty of perjury, that the foregoing is true and correct.


Dated: July 25, 2023                    /s/ Jacquelyn K. Eggers_____

                                          STERMER & SELLNER, Chtd.
                                          P.O. Box 514
                                          Montevideo, MN 56265
                                          (320) 269-6491