UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jamie Anne Stempfley

NOTICE OF CONTINUED HEARING

    Debtor.

Chapter 7, Case No. 23-60129 MER

TO: Debtor, INCLUDING TRUSTEE AND OTHER INTERESTED PARTIES as specified in Local Rule 9013-3(a).

  1. The Huntington National Bank ("Movant") by its undersigned attorneys, gives notice of hearing herewith.

  2. The Court will hold a hearing on this motion at 9:00 a.m. on Wednesday November 29, 2023, in Courtroom 2, 2nd Floor, 118 South Mill Street, Fergus Falls, MN 56537 or as soon thereafter as counsel can be heard.

  3. Any response to this motion must be filed and delivered not later than Wednesday November 22, 2023, which is seven days before the time set for the hearing (including Saturdays, Sundays, and Holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: November 3, 2023

        LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P.

      By: /s/ Kevin T. Dobie
        Kevin T. Dobie, #388322
        Attorney for Movant
        4500 Park Glen Road, #300
        Minneapolis, MN 55416
        (952) 925-6888
        kevin@minnesotamortgagelaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Jamie Anne Stempfley

UNSWORN DECLARATION
FOR PROOF OF SERVICE

Debtor.

Chapter 7, Case No. 23-60129 MER

I, Kaye M. Jensen, employed on this date by LIEBO, WEINGARDEN, DOBIE & BARBEE, P.L.L.P., attorneys licensed to practice law in this court, with office address of Suite 300, 4500 Park Glen Road, Minneapolis, Minnesota 55416, declare that on November 3, 2023, I served the annexed Notice of Continued Hearing upon each of the entities named below by mailing to them a copy thereof by enclosing same in an envelope with first class mail postage prepaid and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

Jamie Anne Stempfley
c/o Life Back Law Firm, P.A.
13 7th Ave S
Saint Cloud, MN 56301

Faith Riverstone
9001 Stanlen Rd
St. Louis Park, MN 55426

and delivered by email notification under CM/ECF on the day e-filed with the Court to each of them as follows:

Office of the United States Trustee

J. Richard Stermer, Chapter 7 Trustee

Jesse A. Horoshak, Esq.

/s/ Kaye M. Jensen
Kaye M. Jensen