UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: | Chapter 7 |
| JAMIE ANNE STEMPFLEY, | BKY No. 23-60129 - MER |
| Debtor. | |

_____

**NOTICE OF CONTINUED HEARING FOR TRUSTEE'S
MOTION FOR 2004 EXAMINATION**
_____

PLEASE TAKE NOTICE THAT the Motion by Trustee for an Order Authorizing 2004 Examinations (Docket #15) previously scheduled for November 1, 2023, before the Honorable Michael E. Ridgway, U.S. Bankruptcy Court Judge, 204 Edward J. Devitt United States Courthouse and Federal Building, 118 South Mill Street, Fergus Falls, MN 56537 shall be continued to **November 29, 2023 at 9:00 a.m.**

Any response to this Motion must be filed and served by delivery not later than **Wednesday, November 22, 2023**, which is seven days before the time set for the hearing (including Saturdays, Sundays and holidays).

UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

Dated: 11/03/2023         */s/ J. Richard Stermer*
                                        J. Richard Stermer     #216811
                                        STERMER & SELLNER, CHTD.
                                        P.O. Box 514
                                        Montevideo, MN 56265
                                        Telephone: (320) 269-6491

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                    Chapter 7

JAMIE ANNE STEMPFLEY,               BKY No. 23-60129

                Debtor.
_____

## UNSWORN CERTIFICATE OF SERVICE
_____

I hereby certify that on November 3, 2023, I caused the following document(s):

NOTICE OF CONTINUED HEARING FOR TRUSTEE'S MOTION FOR 2004 EXAMINATION

to be served by first class mail, postage prepaid, to each of the following parties at the address indicated below:

Jamie Anne Stempfley, Debtor             Faith Z. Riverstone
(Private address)                              9001 Stanlen Rd
c/o LifeBack Law                            St. Louis Park, MN 55426
13 7th Avenue South
St. Cloud, MN 56301


Dated: 11/03/2023                       Signed:   /s/ Jacquelyn K. Eggers
                                                                      Stermer & Sellner, Chtd.
                                                                      102 Parkway Drive, P.O. Box 514
                                                                      Montevideo, MN 56265
                                                                      Phone: (320) 269-6491